**FILED**
**JUL 28 2017**
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 1:17-mj-539 |
| GEORGE PAPADOPOULOS, | **UNDER SEAL** |
| Defendant | |

## ORDER TO SEAL

The United States, pursuant to Local Rule 49(E)(4) of the Local Criminal Rules for the U.S. District Court for the District of Columbia, having moved to seal the criminal complaint, the affidavit in support of the arrest warrant, the Motion to Seal, and proposed Order in this matter, and

The COURT, having considered the government's submissions, including the facts presented by the government to justify sealing; having found that revealing the material sought to be sealed would jeopardize an ongoing criminal investigation; having considered the available alternatives that are less drastic than sealing; finding none would suffice to protect the government's interest in protecting the integrity of the investigation; and having found that this government interest outweighs at this time any interest in the disclosure of the material; it is hereby

ORDERED that the United States' motion is GRANTED, and the criminal complaint and all documents associated with it, including the docket in this matter, will be SEALED until further order of the Court.

Date: July 28th, 2017

/s/ A. Howell
Hon. Beryl A. Howell
Chief United States District Judge