UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
OCT 3 0 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA

v.

GEORGE PAPADOPOULOS,

Defendant

No. 17-mj-539

## ORDER UNSEALING PLEA PROCEEDINGS

The Court being in receipt of the government's letter of October 30, 2017, and having considered the government's representation that sealing of the criminal complaint and associated materials are no longer necessary to protect the interests that formed the basis for the Court's July 28, 2017 sealing, it is hereby

ORDERED that the Clerk of the Court shall unseal and make available on the public docket any and all documents filed with the Court pertaining to the above-captioned case; and it is further

ORDERED that the docket in the above-captioned criminal case (No. 17-mj-539) shall be unsealed in its entirety.

Date: October 30, 2017

Hon. Beryl A. Howell
Chief United States District Judge